The People of the State of New York, Respondent, v Lidya Espinoza, Appellant. [953 NYS2d 179]—

Concur—Andrias, J.P., Sweeny, Catterson, Moskowitz and Manzanet-Daniels, JJ.